HON. JUDGE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DONETTA SINGLETON; CYRUS SINGLETON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | No. 3:20-cv-05688-BHS<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS<br><br>NOTE ON MOTION CALENDAR: March 8, 2021 |

Pursuant to the parties' stipulation and the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case

It is so ORDERED this 12th day of March, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER OF DISMISSAL
(No. 3:20-cv-05688-BHS) - 1
**Ruiz & Smart PLLC**
1200 Fifth Ave., Ste. 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702